## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANDY E. TUCKER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-916-JLF |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
|     Defendant. | ) | |

## <u>ORDER</u>

**FOREMAN, District Judge:**

Before the Court is the plaintiff's motion for extension of time to file objections (Doc. 32).

This motion is **GRANTED**.  Plaintiff shall file his objections to the Report and Recommendation

on or before February 27, 2006.

> **IT IS SO ORDERED.**
> **DATED: February 23, 2006.**

*s/ James L. Foreman*
**DISTRICT JUDGE**