IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDY E. TUCKER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 04-916-JLF |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| f/k/a | ) |
| **Defendant.** | ) |

### ORDER

Before the Court is plaintiff's motion for extension of time (Doc.34.)  This motion is **GRANTED IN PART and DENIED IN PART**.  Plaintiff shall file objections to the Magistrate's Report and Recommendation on or before **March 6, 2006.  No further extensions will be granted.**

**IT IS SO ORDERED.**

**DATED:** March 2, 2006.

*s/ James L. Foreman*
**DISTRICT JUDGE**
